**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

IN RE:                                         )
                                               )
OZARKS RIDGERUNNER I, LLC.       )        Case No. 19-61005-can11
                                               )
         Debtor.                            )


**DEBTOR'S RESPONSE TO U.S. TRUSTEE'S MOTION TO DISMISS (DOC. NO. 35)**

COMES NOW Debtor, through its counsel of record, and in Response to the U.S. Trustee's Motion to Dismiss, or in the alternative, to Convert to Chapter 7 (Doc. No. 35) states as follows:

1. The Motion of the U.S. Trustee asserts three (3) grounds as cause for dismissal or conversion. As set forth below, Debtor believes Debtor and counsel can substantially cure the defaults and can become in compliance subject to being granted limited additional time and further states as follows:

a. Failure to file a Disclosure Statement and Plan. Delay in filing any Amended Plan and Disclosure Statement was caused by Debtor's principal and counsel being unable to schedule a convenient time to supplement the original Plan and Disclosure Statement to address previous objections filed by Mid-Missouri Bank and the United States Trustee. The delay has been caused by social circumstances arising from the COVID-19 pandemic. Notwithstanding same, Debtor and counsel have now committed to an arrangement for conferring and finalizing necessary amendments and believe same can be accomplished on or before May 8, 2020.

b. Failure to file monthly reports. Debtors counsel has received monthly operating reports from Debtor's accountant but same have not been reviewed or executed by Debtor's principal. Debtor's principal has arranged with Debtor's counsel for review and execution of the reports and anticipate the reports with be filed by close of business Monday, May 4, 2020.

c. Failure to pay U.S. Trustee Fees. Debtors Principal is meeting with Debtor's counsel for verification of the proper amount of quarterly fees with the intent to remit payment to the U.S. Trustee's office on or before May 4, 2020.

1

WHEREFORE Debtor prays that this Court enter its Order overruling the Motion of the U.S.

Trustee and allow Debtors case to proceed subject to Debtor becoming in compliance by the dates indicated

herein.

DAVID SCHROEDER LAW OFFICES

By: /s/ David E. Schroeder
David E. Schroeder                    #32724
1524 E. Primrose, Suite A
Springfield, MO 65804
Telephone: (417) 890-1000
Fax: (417) 886-8563
E-Mail: bk1@dschroederlaw.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all creditors and parties in interest via electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) system and served conventionally upon any parties who have requested notice that are not participating in the ECF system together with the parties listed on the creditor mailing matrix maintained by the Bankruptcy Court by depositing same in U.S. mail, via first class, postage prepaid, this 30th day of April, 2020.

/s/ David E. Schroeder